## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IDEAL VITAMINS INC.<br><br>    Plaintiff,<br><br>v.<br><br>REDCON1, LLC<br>    Defendant. | Case No. 1:23-cv0001263-FB-TAM |

### NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT REDCON1, LLC

Please take notice that the undersigned hereby appears as attorney for Defendant RedCon1, LLC.

Dated: March 19, 2023.

*Cory Jay Rosenbaum*
(electronically signed)
C.J. Rosenbaum, Esq.*
Rosenbaum, Famularo & Segall, P.C.
780 Long Beach Blvd.
Long Beach, New York 11561
CJR@AmazonSellersLawyer.com
212-256-1109
NYS Bar #2669133

*Admitted to practice law in the State of New York as well as in the: Southern Dist. of New York; Eastern District of New York and Northern District of Illinois.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed this 19th day of March, 2023, and served via email on all attorneys of record via ECF.

By: Cory Rosenbaum