

780 Long Beach Blvd., Long Beach, NY 11561
**Phone:** 212-256-8499
**Skype/ WeChat:** AmazonSellersLawyer
www.AmazonSellersLawyer.com

April 3, 2023

The Honorable Judge Frederic Block
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:  Ideal Vitamins Inc. v. Redcon1, LLC, Case no.:  1:2023cv01263

Honorable Judge Block:

    The undersigned represents the Defendant, RedCon1, LLC in the above referenced matter.

    RedCon's reponse to Plaintiff's Complaint is due on April 3, 2023.  Unforeseen emergencies have necessitated the need for a brief additional extension.   We respectfully request a fourteen (14) day extension to respond to the Plaintiff's Complaint.

    Should Your Honor need anything additional, please advise.  Thank you.

                                  Respectfully submitted,

                                  *Cory J. Rosenbaum*

                                  Cory J. Rosenbaum

cc:  via ECF, all counsel of record.