UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IDEAL VITAMINS INC., <br><br> Plaintiff/Counterclaim-Defendant, <br><br> -against- <br><br> REDCON1, LLC, <br><br> Defendant/Counterclaimant. | Case No. 1:23-cv-01263 (FB) (TAM) |

## CERTIFICATE OF SERVICE

Pursuant to the Court's March 7, 2024, Order, I, Eliezer Lekht, hereby certify that:

1) I am an attorney admitted to practice before this Court, and I am an associate for Tarter Krinsky & Drogin LLP ("TKD") counsel for Plaintiff/Counterclaim-Defendant ("Ideal") in the above-captioned matter.

2) On March 6, 2024, I served the Motion to Withdraw as Attorney (ECF No. 28) via email to three email addresses that TKD has regularly used to communicate with Ideal in connection with this action. No bounce back emails were received in response to such e-mail.

3) On March 11, 2024, I sent an email to the same three email addresses containing the Court's March 7, 2024, Order.

4) On March 12, 2024, TKD mailed a copy of the March 7, 2024, Order to Ideal's business address at Ideal Vitamins, Inc. 2270 59th Street, Brooklyn, NY 11204.

5) On March 13, 2024, I caused a copy of the Motion to Withdraw as Attorney (ECF No. 28) to be served on Ideal by having it mailed to Ideal's business address at Ideal Vitamins, Inc. 2270 59th Street, Brooklyn, NY 11204.

2

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: March 13, 2024

By: *s/ Eliezer Lekht*
Eliezer Lekht
TARTER KRINSKY & DROGIN LLP
1350 Broadway
New York, NY 10018
Tel.: (212) 216-8000
E-mail elekht@tarterkrinsky.com

*Attorneys for Plaintiff/Counterclaim-Defendant*